ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Transdev Services, Inc. | ) ASBCA Nos. 62654, 62655 |
| | ) |
| Under Contract No. CQ18068 | ) |

APPEARANCES FOR THE APPELLANT:

Dawn E. Stern, Esq.
Brett Ingerman, Esq.
Harry Rudo, Esq.
 DLA PIPER LLP
 Baltimore, MD

APPEARANCES FOR THE AUTHORITY:

Jon B. Crocker, Esq.
 Chief Counsel
  Washington Metropolitan Area
   Transit Authority
  Washington, DC

Attison L. Barnes, III, Esq.
Tracye Winfrey Howard, Esq.
George E. Petel, Esq.
 Wiley Rein LLP
 Washington, DC

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 1, 2022

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62654, 62655, Appeals of Transdev Services, Inc., rendered in conformance with the Board's Charter.

Dated:  June 2, 2022

*for Jammye D. Abbott*

---

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals